CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JAN. 31, 2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:18-cr-10 |
| v. | ORDER |
| JOHN MARSHALL HIGGINS, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

Before the Court is Defendant John Marshall Higgins, who stands charged with twenty-one criminal counts in violation of 18 U.S.C. §§ 2, 242, 1341 and 1349. Dkt. 58. For the reasons stated in the accompanying Memorandum Opinion, it shall be **ORDERED** and **ADJUDGED** that:

1. In accordance with the Findings of Fact and Conclusions of Law, the Court finds, beyond a reasonable doubt, that Defendant John Marshall Higgins is **GUILTY** as charged as to Count I, Count II (as a misdemeanor), Count III, Count XX, Count XXI, and Count XXII.

2. In accordance with the Findings of Fact and Conclusions of Law, the Court finds Defendant John Marshall Higgins **NOT GUILTY** as charged as to Count IV, Counts VII–XIX, and Count XXIII.

3. Higgins' Motion for Judgment of Acquittal, Dkt. 209 at 80, is **DENIED** for the same reasons as the Court found above regarding Higgins' guilt as to Count I, Count II, Count III, Count XX, Count XXI, and Count XXII.

The Clerk of the Court is hereby directed to send a copy of this Order and the Memorandum Opinion to the parties and further directed to contact the parties to establish a date for Higgins' sentencing. Probation is instructed to prepare a presentence report.

Entered this 31st day of January, 2021.

*[Signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE